Harry W. Rogers, Respondent, v. The Herald Company, Appellant.— Motion for leave to go to Court of Appeals denied.

Alva Seybolt, Respondent, v. Thomas J. O'Brien, Appellant, Impleaded with Raymond J. Neale and Rose Neale.— Judgment unanimously affirmed, with costs. Lyon, J., not sitting.

Edgar W. Steele, Appellant, v. Owen W. O'Neil, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

E. A. Strout Company, Respondent, v. Joseph E. Scudder, Appellant.— Judgment and order affirmed, with costs. All concurred, except Houghton, J., dissenting, on the ground that it was a question for the jury to determine whether the plaintiff was the procuring cause of the sale of the property. Lyon, J., not sitting.

Virgil W. D. Trumbull, Appellant, v. Richard L. Trumbull and Others, Respondents.— Judgment unanimously affirmed, with costs.

Hattie A. Thayer, Appellant, v. Farmers' Fire Insurance Association of the Towns of Greenville, Westerlo, Durham and Rensselaerville, Respondent.— Judgment and order unanimously affirmed, with costs.

Hattie A. Thayer, Appellant, v. Frank T. Snyder, Respondent.— Judgment unanimously affirmed, with costs.

Charles H. Van Ness, as Executor, etc., of Le Roy Whitaker, Deceased, Appellant, v. J. Andrew Kenyon, Respondent.— Judgment and orders affirmed, with costs. All concurred, except Smith, P. J., and Kellogg, J., dissenting.

Ella M. Virgil, Appellant, v. Joseph Bell and Others, Respondents.— Judgment reversed on law and facts and new trial granted, with costs to appellant to abide event. All concurred, except Smith, P. J., and Kellogg, J., dissenting.

Vulcan Iron Works, Respondent, v. Pittsburg-Eastern Company, Appellant.— Judgment and order unanimously affirmed, with costs.

John Weidinger, an Infant, by Sam Heimn, His Guardian ad Litem, Respondent, v. New York and New England Cement and Lime Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., dissenting.

John Washburn and Herman B. Parks, as Executors and Trustees under the Last Will and Testament of John W. Stewart, Deceased, Respondents, v. John Acome, as Treasurer of the Church of the Good Shepherd, and the Church of the Messiah, Defendants, Impleaded with Lucinda Stewart, Appellant.— Judgment unanimously affirmed, with costs, on the opinion of Justice Joseph A. Kellogg at Trial Term. (Reported in 74 Misc. Rep. 301.)

Levi C. Waite and Others, Appellants, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs.

Edith Ziebert, an Infant under the Age of Fourteen Years, by Hyman Ziebert, Her Guardian ad Litem, Respondent, v. Hudson Valley Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs.